**MEMO ENDORSED**

# WEITZ & LUXENBERG
### A PROFESSIONAL CORPORATION
### LAW OFFICES

700 BROADWAY • NEW YORK, NY 10003-9536
TEL. 212-558-5500   FAX 212-344-5461
WWW.WEITZLUX.COM

PERRY WEITZ
ARTHUR M. LUXENBERG

BENNO ASHRAFI ‡
JAMES J. BILSBORROW ††
CHARLES M. FERGUSON
ALANI GOLANSKI †
ROBIN L. GREENWALD §§
GARY R. KLEIN ††
JERRY KRISTAL ••§
ELLEN RELKIN ≈ ££ ϒ
MICHAEL P. ROBERTS
NICHOLAS WISE ∞
GLENN ZUCKERMAN

MEREDITH ABRAMS
ASHLEY S. ARRARAS § ◦
ANDREW L/ BACKING ✱
LAURA J. BAUGHMAN ∆∆ *
RETT BERGMARK
DEVIN BOLTON ‡
CAMERON A. BOYD ††
ERIN M. BOYLE ~~
AMBRE J. BRANDIS
VENUS BURNS ‡
PATTI BURSHTYN ††
NANCY M. CHRISTENSEN †††¶
BENJAMIN T. CLINTON
THOMAS COMERFORD †† §

TERESA A. CURTIN ¶¶
BENJAMIN DARCHE
JUSTINE K. DELANEY
ADAM S. DREKSLER
BRANDON DUPREE ‡
JASON B. DUNCAN ¶
F. ALEXANDER EIDEN ¶
MICHAEL FANELLI ††
AARON S. FREEDMAN
LEONARD F. FELDMAN ¶
STUART R. FRIEDMAN *
MARY GRABISH GAFFNEY ¶
ERICARAE GARCIA ✱✱
ANDREW J. GAYOSO ~
DIANA GJONAJ ✱
DANIELLE M. GOLD ††
LAWRENCE GOLDHIRSCH * ◦
BENJAMIN GOLDMAN ~~
NICHOLAS A. GONSALVES
ROBERT J. GORDON •††
LAURA GREEN ††
CODY M. GREENES ¶
MATTHEW A. GRUBMAN §
NICOLE A. HYATT
MARIE L. IANNIELLO † ◦ •

ERIK JACOBS
A. NAOMI JAWAHAR
JEFFREY S. KANCA ✧✧
DAVID M. KAUFMAN ††
SEAN K. KERLEY Φ
CHANTAL KHALIL
ILYA KHARKOVER
SUZANNE KRIEGER ~~
JOSH KRISTAL ¶
JARED LACERTOSA
DEBBI LANDAU
DANIEL C. LIPNER
ELIZABETH J. LUXENBERG
JOSEPH J. MANDIA ¶
COLIN MARKEL
JAMIE MATTERA
BRENDAN A. MCDONOUGH ††
SARA MERRILL ◦
MICHELLE C. MURTHA ¶§
MELINDA DAVIS NOKES ‡‡
PAUL F. NOVAK ✱
JOSEPH T. OSBORNE
JOSIAH W. PARKER ‡
MICHAEL E. PEDERSON
BRANDON H. PERLMAN

JAMES A. PLASTIRAS ††
ADAM C. RAFFO
ALLISON H. RAIJMAN
PIERRE RATZKI
BRITTANY A. RUSSELL ••
CHRIS ROMANELLI ††
ALEXANDER C. SCHWARZ ϒ
JARED SCOTTO
BHARATI O. SHARMA ¶
CALLIE M. SHARP ◆
ALEXANDRA SHEF ‡
FALLON S. SHERIDAN
EDUARDO R. SOTOMAYOR ††
SAMANTHA E. STAHL
GREGORY STAMATOPOULOS✱
TYLER R. STOCK •
PETER TAMBINI ††
JAMES S. THOMPSON ††
BENJAMIN VANSLYKE ✱
CASEY THAL VERVILLE ◇
JASON H. WEINER ××
JASON P. WEINSTEIN
LAUREN A. WEITZ
JUSTIN J. WEITZ
MARK WEITZ

* Of Counsel
‡   Admitted only in CA
§§ Admitted only in IL
✧  Admitted only in LA
∆  Admitted only in MA
✱  Admitted only in MI
✱✱ Admitted only in OH
~~ Admitted only in PA
∆∆ Also admitted in CA, TX, MO
∞  Also admitted in CO
‡  Also admitted in CT
§  Also admitted in DC
◦  Also admitted in FL
✧✧ Also admitted in MA
◆  Also admitted in IL
††  Also admitted in NJ
ϒ  Also admitted in PA
Φ  Also admitted in SC
~  Also admitted in WI
‡‡  Admitted only in CA & UT
•  Admitted only in CA, PA & WI
¶  Admitted only in NJ & PA
✶  Admitted only in NJ,PA & WV
◇  Admitted only in OR & MI
×× Also admitted in DC & MD
++ Also admitted in MD & NJ
†  Also admitted in NJ & CT
≈  Also admitted in NJ & DC
¶¶ Also admitted in NJ & ME
•  Also admitted in NJ & MI
••  Also admitted in NJ & PA
×  Also Admitted in NJ & WV
^  Also admitted in CT, FL & NJ
ϒϒ Also admitted in DC, IL, MO, NJ & PA
^ ^ Also admitted in DC,MD,NJ,PA & VA
££ Certified Atty. NJ Supreme Court
✦✦ Also admitted in TX & MO

June 12, 2024

Hon. Jessica G. L. Clarke
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      RE:  1:24-cv-02981-JGLC
          Patrick Dooley v. VIP All State Services Inc and Huseyn Hajiyev

Dear Judge Clarke:

  We represent the plaintiff in the above-referenced matter. The Court has set August 6, 2024, to hold the Initial Pretrial Conference; however, I will be on vacation in Europe that week until August 11, 2024. Therefore, I respectfully request an adjournment on a different date if the Court can accommodate this application. My adversary Daniel Wang consents to this request.

  Thank you for your consideration in this matter.

            Respectfully,

            /s/ Lawrence B. Goldhirsch,
            Lawrence B. Goldhirsch, Esquire

LG/sa

cc: Daniel.Wang via ECF filing.

---

**Application GRANTED. The initial pretrial conference previously scheduled for August 6, 2024 is adjourned to August 13, 2024 at 10:00 a.m. The Clerk of Court is directed to terminate ECF No. 10.**

Dated: June 13, 2024
New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

220 LAKE DRIVE EAST, SUITE 210 • CHERRY HILL, NJ 08002 • TEL 856-755-1115
1880 CENTURY PARK EAST, SUITE 700 • LOS ANGELES, CA 90067 • TEL 310-247-0921
3011 WEST GRAND BLVD., 24TH FLOOR • DETROIT, MI 48202 • TEL 313-800-4170


2179-123