UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK DOOLEY,

                   Plaintiff,

        -against-

VIP ALL STATE SERVICE, INC. and HUSEYN HAJIYEV,

                  Defendants.

24-CV-2981 (JGLC)

**ORDER**

JESSICA G. L. CLARKE, United States District Judge:

      The Court has been notified that mediation was held but was unsuccessful in resolving any issue in the case. ECF No. 22. Accordingly, the parties are hereby ORDERED to file a joint status letter with the Court by no later than **October 10, 2025**. The letter shall include whether either party intends to move for summary judgment or file a *Daubert* motion, and if so, a proposed briefing schedule for these motions. If no party intends to file a dispositive or Daubert motion, the parties shall provide their availability for trial in April, May or June 2026.

Dated:  September 24, 2025
        New York, New York

                              SO ORDERED.

                              *Jessica Clarke*

                              JESSICA G. L. CLARKE
                              United States District Judge