UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

PATRICK DOOLEY,

                         Plaintiff,

              -against-                                    24-CV-2981 (JGLC)

VIP ALL STATE SERVICE, INC., et al.,                      **ORDER**

                         Defendants.

JESSICA G. L. CLARKE, United States District Judge:

Following a settlement conference held on December 18, 2025, in which the parties reached a settlement, the Court directed the parties to file their stipulation of dismissal on or before January 16, 2026. This deadline has now passed, and the parties have failed to file their stipulation. The Court *sua sponte* extends the deadline for the parties to file their stipulation of dismissal to January 27, 2026.

Dated:  January 20, 2026
        White Plains, New York

                                        SO ORDERED.

                                        _Jessica Clarke_

                                        JESSICA G. L. CLARKE
                                        United States District Judge